DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEBOLO CONSTRUCTION MANAGEMENT, INC.,**
Appellant,

v.

**HUSTAD STRUCTURAL ENGINEERING, LLC,** and
**ARCHITECTURAL CONSULTING & DESIGN, INC.,**
Appellees.

No. 4D20-0378

[February 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County;  Scott R. Kerner, Judge; L.T. Case No. 502018CA014167.

Richard R. Chaves of Ciklin Lubitz, West Palm Beach, for appellant.

Eric J. Israel and David B. Israel of Israel, Israel & Associates, P.A., Davie, for appellee, Hustad Structural Engineering, LLC.

James S. Helf of Daniels, Rodriguez, Berkeley, Daniels & Cruz, P.A., Ft. Lauderdale, for appellee, Architectural Consulting & Design, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***